Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Gerald Joel Hokkanen

Docket No.: 0:00CR00278-1

**HEARING WAIVER**

I, Gerald Joel Hokkanen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed:

Gerald Joel Hokkanen
Supervised Releasee

Dated: 06/16/05

Witness:

Joi C. Kvern
U.S. Probation Office

SCANNED
JUN 20 2005
U.S. DISTRICT COURT MPLS