PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Gerald Joel Hokkanen**

**Docket No. 0:00CR00278-001-JMR**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gerald Joel Hokkanen** who was sentenced for Felon in Possession of a Firearm on July 3, 2001, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug treatment
Psychological treatment
Perform 20 hours of community service (modified on June 20, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

On June 20 and 30, and July 5, 14, 23, and 25, 2005, Gerald Hokkanen tested positive for THC. Laboratory analysis determined Mr. Hokkanen had used THC on at least two occasions since his first positive test on June 14, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 5th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on August 4, 2005
Place Minneapolis

SCANNED
AUG 08 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission