Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Gerald Joel Hokkanen

Docket No. 00CR00278-001(JMR)

## HEARING WAIVER

I, Gerald Joel Hokkanen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed moidification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: Gerald J Hokkanen
Gerald Joel Hokkanen

Witness: [signature]

Dated: 8/3/05

SCANNED
AUG 08 2005
U.S. DISTRICT COURT MPLS