**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Gerald Joel Hokkanen**

**Docket No. 0:00CR00278-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gerald Joel Hokkanen** who was sentenced for Felon in Possession of a Firearm on July 3, 2001, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug treatment and psychological treatment
20 hours of community service (modified on June 20, 2005)
120 days in a community corrections center (modified on August 5, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

A series of urine samples collected between September 6 and October 7, 2005, consistently returned positive results for THC. Mr. Hokkanen later admitted to smoking marijuana on August 28, 2005, the weekend prior to entering Anoka County Jail Anoka, Minnesota, to serve his community confinement.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a consecutive period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of community confinement is to run consecutive to the 120-day term previously imposed on August 5, 2005.

ORDER OF THE COURT

Considered and ordered this 13th day of December, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
DEC 13 2005
U.S. DISTRICT COURT MPLS

Joi C. Kvern
U.S. Probation Officer

Executed on December 12, 2005
Place Minneapolis