Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Gerald Joel Hokkanen

Docket No.: 0:00CR00278-1

## HEARING WAIVER

I, Gerald Joel Hokkanen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of community confinement is to run consecutive to the term previously imposed on August 5, 2005.

Signed: Gerald Joel Hokkanen

Gerald Joel Hokkanen
Supervised Releasee

Dated: 12/12/05

Witness:

Joi C. Kvern
U.S. Probation Office

SCANNED
DEC 13 2005
U.S. DISTRICT COURT MPLS