PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT RECEIVED

APR 21 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

for the

**DISTRICT OF MINNESOTA**

**United States v. Gerald Joel Hokkanen**

**Docket No. 0:00CR00278-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gerald Joel Hokkanen** who was sentenced for Felon in Possession of a Firearm on July 3, 2001, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and psychological/psychiatric counseling/treatment
20 hours community service work (modified on June 20, 2005)
120 days community corrections center (modified on August 5, 2005)
Additional 60 days community corrections center (modified on December 13, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Hokkanen has violated the conditions of supervised release based on the following:**
On April 17, 2006, Mr. Hokkanen was cited by the Plymouth. Minnesota. Police Department for the offense of Theft, Shoplifting. The matter is pending. Mr. Hokkanen admitted the offense to this officer and appeared able to identify his critical thinking errors.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 40 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 21st day of April, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on April 20, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
APR 21 2006
U.S. DISTRICT COURT MPLS