RECEIVED
APR 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Gerald Joel Hokkanen

Docket No. 0:00CR00278-001(JMR)

## HEARING WAIVER

I, Gerald Joel Hokkanen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 40 hours of community service, as approved by the probation officer.

Signed: Gerald Hokkanen
Gerald Joel Hokkanen
Supervised Releasee

Witness: [signature]

Dated: 4/19/06

SCANNED
APR 21 2006
U.S. DISTRICT COURT MPLS